BERGER MFG. CO. v. SCHOOL DIST. NO. 10 OF MUSKOGEE COUNTY *et al.*

No. 3879.  Opinion Filed December 8, 1914.

(144 Pac. 1023.)

**APPEAL AND ERROR—Decisions Appealable—Order Vacating Judgment—"Final Orders."**  An order vacating a judgment under sections 4464 and 4465, St Okla. 1893 (sections 5267 and 5268, Rev. Laws 1910), is not "final," and no appeal therefrom is authorized by sections 4434 and 4436, St. Okla. 1893 (sections 5235 and 5236, Rev. Laws 1910).

(Syllabus by Thacker, C.)

*Error from District Court, Muskogee County;*

*R. de Graffenried, Judge.*

Action by the Berger Manufacturing Company, a corporation, against School District No. 10 of Muskogee County and others.  Judgment for defendants, and plaintiff brings error. Dismissed.

*John H. Mosier,* for plaintiff in error.

*J. W. Brady,* for defendants in error.

Opinion by THACKER, C.  An order vacating a judgment as authorized by section 4464, St. Okla. 1893 (section 5267, Rev.

Laws 1910), upon procedure prescribed by section 4465, St. Okla. 1893 (section 5268, Rev. Laws 1910), is not a final order *Town of Byars v. Sprouls,* 24 Okla. 299, 103 Pac. 1038; *Moody & Co. v. Freeman-Sipes Co. et al.,* 29 Okla. 390, 118 Pac. 135; *Smith v. Whitlow et al.,* 31 Okla. 758, 123 Pac. 1061; *Langston v. Thigpen,* 33 Okla. 605, 127 Pac. 258), within the meaning of sections 4434 and 4436, St. Okla. 1893 (sections 5235 and 5236, Rev. Laws 1910); and upon the authority of the above-cited cases this appeal should be dismissed.

By the Court: It is so ordered.